UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DEMETRIUS HILL, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 1:09-cv-01637-CLS-RRA |
| HARLEY LAPPIN, et al., | ) |
| Defendants. | ) |

### ORDER

This case is before the court on plaintiff's *pro se* motion for temporary restraining order and preliminary injunction. The plaintiff requests that the defendants be prohibited from assigning two inmates to a cell. (Doc. no. 12.) The court previously denied the plaintiff's motions concerning the same. (Doc. no. 13.) Therefore, to the extent the plaintiff moves again for the same relief, such motion is DENIED for the reasons set forth in the Court's January 6, 2010, order.

The Clerk is DIRECTED to send a copy of this order to the plaintiff.

DONE and ORDERED this 4th day of February, 2010.

_____
United States District Judge